**ORIGINAL**

RECEIVED
OVER THE COUNTER

FEB 1 8 2009

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

09 - 99 C

Plaintiff(s) or Petitioner(s)
PlanetSpace, Inc.

*If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.*

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | Robert S. Metzger |
| Firm Name: | Pillsbury Winthrop Shaw Pittman LLP |
| Post Office Box: | |
| Street Address: | 1650 Tysons Boulevard |
| City-State-Zip: | McLean, VA  22102 |
| Telephone & Facsimile Numbers: | Tel: 213.488.7437;  Fax: 703.749.2257 |

Is the attorney of record admitted to the Court of Federal Claims Bar?   ■ Yes   ☐ No

Does the attorney of record have a Court of Federal Claims ECF account?   ☐ Yes   ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

**Nature of Suit Code:**   1 4 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.  _____

**Agency Identification Code:**   N A S
See attached sheet for three-digit codes.

**Amount Claimed:**   $ Not Applicable
Use estimate if specific amount is not pleaded.

**Disclosure Statement:**
Is a RCFC 7.1 Disclosure Statement required?   ■ Yes   ☐ No
If yes, please note that two copies are necessary.

**Bid Protest:**
Indicate approximate dollar amount of procurement at issue:   $ 3,500,000,000.00
Is plaintiff a small business?   ■ Yes   ☐ No

**Vaccine Case:**
Date of Vaccination:  _____

**Related Cases:**
Is this case directly related to any pending or previous case?   ☐ Yes   ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.