# ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

**FILED**
FEB 1 8 2009
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| **PLANETSPACE INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. **09- 99 C** |
| v. ) | |
| ) | |
| **THE UNITED STATES,** ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, PlanetSpace Inc. ("PlanetSpace") respectfully submits this corporate disclosure statement. PlanetSpace states that it has no parent companies. Furthermore, there is no publicly held company that owns more than 10 percent of PlanetSpace.

Dated: February 18, 2009

Respectfully submitted,

[signature]

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859

Robert S. Metzger
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7437
(703) 749-2257 (protected facsimile)

Counsel for PlanetSpace Inc.

401104832v1