ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
FEB 1 8 2009
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| PLANETSPACE INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 09- 99 C<br>) |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>)<br>) |

### PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO PREVENT UNLAWFUL OVERRIDE OF CICA STAY

Pursuant to RCFC 65, Plaintiff PlanetSpace Inc. ("PlanetSpace"), through the undersigned counsel, respectfully moves the Court for a temporary restraining order enjoining Defendant, the United States, its officers, employees, and agents from (i) further implementing its override of the automatic stay of performance imposed by the Competition in Contracting Act on Contract Nos. NNJ09GA02B and NNJ09GA04B, awarded by the National Aeronautics and Space Administration (the "Government"), and (ii) allowing performance of said contracts to proceed.

The Government awarded the contracts on or about December 23, 2008 to Orbital Sciences Corporation ("OSC") and Space Exploration Technologies ("SpaceX").

Plaintiff PlanetSpace respectfully requests that this temporary restraining order remain in force until the Court enters a preliminary injunction or a final judgment on the merits of this case, whichever occurs first. The grounds for this relief are set forth in the accompanying memorandum and the exhibits thereto.

401108926v1

Contemporaneously with this filing, the undersigned counsel for PlanetSpace has arranged for the immediate delivery of PlanetSpace's Complaint, this application, a motion for a preliminary injunction, PlanetSpace's memorandum in support of the application and motion, and all supporting documents to counsel for the United States, Steven Mager, Esq. and Vincent A. Salgado, Esq., counsel for OSC, David A. Churchill, Esq., and counsel for SpaceX, Richard J. Vacura, Esq.

Dated: February 18, 2009

Respectfully submitted,

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859

Robert S. Metzger
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7437
(703) 749-2257 (protected facsimile)

Counsel for PlanetSpace Inc.