IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| PLANETSPACE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-99C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

      Please enter the appearance of William P. Rayel, as attorney of record for the United

States.  Service of all papers by opposing parties should be addressed as follows:

William P. Rayel
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention:    Classification Unit
          8th Floor

                                      s/William P. Rayel
                                        William P. Rayel
                                        Trial Attorney
Commercial Litigation Branch
Civil Division
Phone:   (202) 616-0302
Fax:   (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Dated: February 10, 2009