**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| PlanetSpace, Inc., :<br><br>      Plaintiff, :<br><br>      v. :<br><br>The United States, :<br><br>      Defendant. : | Case No. 09-99 C<br>Senior Judge Robert H. Hodges, Jr. |

**ORBITAL SCIENCES CORPORATION'S UNOPPOSED MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), Orbital Sciences Corporation ("Orbital"), respectfully moves to intervene in this case. Orbital seeks to intervene in order to defend the written finding of the National Aeronautics and Space Administration ("NASA"), under the Competition in Contracting Act, 31 U.S.C. § 3553(d)(3)(C)(i)(II), that urgent and compelling interests that significantly affect the interests of the United States require Orbital to begin performance of its responsibilities under the International Space Station Commercial Resupply Services Contract. *See* 48 C.F.R. § 33.104(c)(ii).

Counsel for Orbital has conferred with counsel for Defendant, United States, counsel for Plaintiff, PlanetSpace and counsel for another expected intervenor, Space Exploration Technologies Corp. ("SpaceX"). Both parties and SpaceX consent to Orbital's intervention in this case. The grounds supporting Orbital's motion to intervene are set forth in the accompanying memorandum.

-2-

        Respectfully submitted,

*Of counsel:*
Kevin C. Dwyer
William R. Stoughton
Amy L. Tenney
Daniel E. Chudd
JENNER & BLOCK LLP

Dated:  February 19, 2009

        <u>s/ David A. Churchill by s/ Amy L. Tenney</u>
        David A. Churchill
        JENNER & BLOCK LLP
        1099 New York Avenue, NW
        Suite 900
        Washington, D.C. 20001
        Telephone:  (202) 639-6056
        Fax: (202) 637-6360 (protected)

        *Counsel of Record for Intervenor,*
        *Orbital Sciences Corporation*