**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| PlanetSpace, Inc., | : |
| Plaintiff, | : |
| v. | : Case No. 09-99 C |
| The United States, | : Senior Judge Robert H. Hodges, Jr. |
| Defendant. | : |

**[PROPOSED] ORDER**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims, Orbital Sciences Corporation, a successful offeror for the underlying government contract in this case, has moved to intervene. Having considered Orbital's unopposed motion, and all other relevant materials, it is

**ORDERED** that the Motion is **GRANTED**.

_____
Senior Judge Robert H. Hodges, Jr.

Dated: February __, 2009