## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | |
|---|---|
| PlanetSpace, Inc., :<br>: <br>Plaintiff, :<br>:<br>v. :<br>:<br>The United States, :<br>:<br>Defendant. :<br>:<br>:<br>:<br>: | Case No. 09-99 C<br>Senior Judge Robert H. Hodges, Jr. |

**FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that Orbital Sciences Corporation has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*Of counsel:*
Kevin C. Dwyer
William R. Stoughton
Amy L. Tenney
Daniel E. Chudd
JENNER & BLOCK LLP

Dated: February 19, 2009

s/ David A. Churchill by s/ Amy L. Tenney
David A. Churchill
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6056
Fax: (202) 637-6360 (protected)

*Counsel of Record for Intervenor,*
*Orbital Sciences Corporation*