IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| PLANETSPACE, INC., <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>　　　　　　Defendant. | Case No. 09-99C <br><br> Senior Judge Robert H. Hodges, Jr. |

### FINANCIAL DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the United States Court of Federal Claims, the undersigned counsel certifies that Space Exploration Technologies Corporation has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: February 19, 2009

Respectfully submitted,

By: ____/Richard J. Vacura/RAS____
Richard J. Vacura
Morrison & Foerster LLP
1650 Tysons Blvd, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7764
Facsimile: 703.760.7777
Counsel of Record for Intervenor
Space Exploration Technologies
Corporation

Of counsel:

Robert A. Salerno
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
telephone: 202.887.6930
facsimile: 202.785.7532

Keric B. Chin
K. Alyse Latour
Jeffrey A. Showalter
Morrison & Foerster LLP
1650 Tysons Blvd, Suite 400
McLean, Virginia 22102
Telephone: 703.760.7764
Facsimile: 703.760.7777

va-264977

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| PLANETSPACE, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                Defendant. | Case No. 09-99C<br><br>Senior Judge Robert H. Hodges, Jr. |

**ORDER**

Space Exploration Technologies Corporation, a successful offeror for the Government contract at issue in the above-captioned case, has moved to intervene in this action pursuant to Rule 24 of the United States Court of Federal Claims. Having considered the Motion, as well as all other relevant materials, including the lack of objection by either Plaintiff or Defendant, it is hereby

**ORDERED** that the Motion be and hereby is **GRANTED**.

Dated: February _____, 2009

                                                                               Robert H. Hodges, Jr.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| PLANETSPACE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                    Defendant. | Case No. 09-99C<br><br>Senior Judge Robert H. Hodges, Jr. |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 19th day of February, 2009, copies of (1) Intervenor, Space Exploration Technologies Corporation's Unopposed Motion to Intervene; (2) Memorandum in Support of Unopposed Motion to Intervene; (3) Financial Disclosure Statement; and (4) [Proposed] Order on the following counsel:

    Steven Mager, Esq.
    U.S. Department of Justice
    Commercial Litigation Branch
    Civil Division
    1100 L Street, N.W., 8th Floor
    Washington, D.C. 20530

    Vincent A. Salgado, Esq.
    Senior Attorney
    Contract and Procurement Law Practice Group
    Office of the General Counsel
    NASA Headquarters
    300 E Street S.W.
    Washington, D.C. 20546

    David Churchill, Esq.
    JENNER & BLOCK LLP
    1099 New York Avenue, N.W.
    Suite 900
    Washington, D.C. 20001

Robert S. Metzger, Esq.
PILLSBURY WINTHROP
 SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5406

/Richard J. Vacura/ RAS
Richard J. Vacura