# In the United States Court of Federal Claims

\*   \*   \*   \*   \*   \*   \*

PLANETSPACE INC.    \*

    <u>Plaintiff</u>,    \*    No. 09-0099C

    v.    \*    Filed: February 20, 2009

UNITED STATES OF AMERICA,    \*

    <u>Defendant</u>, and    \*

ORBITAL SCIENCES CORPORATION,    \*

    <u>Defendant - Intervenor</u>,    \*

SPACE EXPLORATION TECHNOLOGIES    \*
CORPORATION
   \*
    <u>Defendant – Intervenor</u>.
   \*

\*   \*   \*   \*   \*   \*   \*

**ORDER**

    Orbital Sciences Corporation and Space Exploration Technologies Corporation have filed unopposed Motions to Intervene pursuant to Rule 24(a) of this court. Based on their representations made therein, their requests are hereby GRANTED.

           <u>s/Robert H. Hodges, Jr.</u>
           Robert H. Hodges, Jr.
           Judge