# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on February 25, 2009)
**BID PROTEST**

| | |
|---|---|
| **PLANETSPACE INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-99C |
| ) | (Senior Judge Hodges) |
| **THE UNITED STATES**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO REDACT

Plaintiff PlanetSpace Inc. hereby provides notice of its intent to submit redactions to the transcript of the oral argument before the Court on February 20, 2009. This Court issued a Notice of Filing of Official Transcript for the February 20, 2009 proceedings on February 24, 2009.

Dated: February 25, 2009

Of Counsel:

Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7674

Respectfully submitted,

 s/ Robert S. Metzger by s/ Jack Y. Chu

Robert S. Metzger
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7437
(703) 749-2257 (protected facsimile)

Counsel for PlanetSpace Inc.

401116773v1