# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * | |
| PLANETSPACE INC.,   * | |
|     Plaintiff,   * | No. 09-0099C |
|     v.   * | Filed: February 25, 2009 |
| UNITED STATES OF AMERICA,   * | |
|     Defendant,   * | |
| ORBITAL SCIENCES CORPORATION,   * | |
|     Defendant - Intervenor, and   * | |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,   * | |
|     Defendant – Intervenor.   * | |
| * * * * * * * | |

**ORDER**

Plaintiff sought a temporary restraining order, a preliminary injunction, or declaratory relief that would prevent the National Space and Aeronautics Administration from overriding the mandatory stay imposed on government contracts subjected to bid protests filed in the Government Accountability Office.  *See* 31 U.S.C. § 3553(d)(3).

We conducted a hearing on February 20, 2009 and denied plaintiff's petitions for reasons explained on the record of that hearing.  We will supplement this Order with a detailed opinion.

During the hearing, we admitted both Orbital Sciences Corporation and Space Exploration Technologies Corporation as intervenors.  Both intervenors are bound by the protective order issued in this case.

The Clerk of Court will dismiss plaintiff's petitions for a temporary restraining order, a preliminary injunction, and declaratory relief.  No costs.

So ordered.

                                                <u>s/Robert H. Hodges, Jr.</u>
                                                Robert H. Hodges, Jr.
                                                Judge