# In the United States Court of Federal Claims

No. 09-99 C

**PLANETSPACE, INC.**
    **Plaintiff**

    **v.**                                    **JUDGMENT**

**THE UNITED STATES**
    **and**

**ORBITAL SCIENCES CORPORATION**
**and SPACE EXPLORATION TECHNOLOGIES**
**CORPORATION**
    **Defendant-Intervenors**

Pursuant to the court's Opinion, filed March 13, 2009,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

                                                  John S. Buckley
                                                  Acting Clerk of Court

**March 13, 2009**                  By:    s/ Debra L. Samler

                                                  Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.